CV6-193 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00193-CV

Hawkins Nursery & Landscaping Co., Inc., Appellant

v.

John Sharp, Comptroller of Public Accounts of the State of Texas; Dan Morales,

Attorney General of the State of Texas; and Martha Whitehead,

State Treasurer of the State of Texas, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 94-03459, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

PER CURIAM

 Appellant has filed an unopposed motion to dismiss the appeal. We grant the motion and
dismiss the appeal. Tex. R. App. P. 59(a)(1)(B).

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: November 13, 1996

Do Not Publish